UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OSCAR L. HAMPTON, III,                     )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )
                                           )
JULIE SU, Acting Secretary of the United   )        Civil Action No. 23-3338 (DLF)
States Department of Labor,                )
                                           )
            Defendant.                     )
                                           )
                                           )
                                           )

**JOINT MOTION TO STAY AND REFER CASE
FOR NEUTRAL CASE EVALUATION**

The parties, through their undersigned counsel, respectfully move this Court to refer this case to the Circuit Mediation Program for purposes of obtaining a neutral case evaluation. The parties further ask the Court to stay all deadlines, including discovery deadlines in the pending litigation for a period of sixty days, to March 27, 2025, and Plaintiff requests that the Court set a discovery close date of November 21, 2025. The parties have conferred regarding the relief requested in this motion and believe that a neutral case evaluation will assist the parties in determining whether a settlement of this litigation is feasible. Both parties consent to the requested stay and referral.

Should the parties determine, after receiving a neutral case evaluation, that this matter should proceed to settlement discussions, the parties will promptly apprise the Court. The parties therefore propose that they file a Joint Status Report on or before March 27, 2025, proposing a schedule for further proceedings in this matter.

A proposed order is submitted herewith.

\*        \*        \*

Dated: January 28, 2025

/s/ Michal Shinnar
Michal Shinnar (Bar No. MD0033)
Senior Counsel
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
mshinnar@jgllaw.com
301.220.2200 (T)
301.220.1214 (F)
*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar
#481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Tabitha Bartholomew
TABITHA BARTHOLOMEW,
  D.C. Bar # 1044448
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2529
Email: Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OSCAR L. HAMPTON, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JULIE SU, Acting Secretary of the United States Department of Labor, | ) | Civil Action No. 23-3338 (DLF) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Stay and Refer Case for Neutral Case Evaluation, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that all deadlines in this case including discovery are STAYED through and including March 27, 2025. It is further

ORDERED that discovery in this case shall close on November 21, 2025. It is further

ORDERED that this litigation shall be REFERRED forthwith to the D.C. Circuit Mediation Program to assist the parties in obtaining a neutral case evaluation. It is further

ORDERED that the parties shall file a Joint Status Report no later than March 27, 2025, to apprise the Court of the status of their discussions and to provide their proposal for further proceedings in this matter.

SO ORDERED.

3

Date: _____                          _____

                                                         United States District Judge