UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR L. HAMPTON, III,   **)** | |
| **)** | |
| Plaintiff,   **)** | |
| **)** | |
| v.   **)** | |
| **)** | |
| LORI CHAVEZ-DEREMER, Secretary of the   **)** | Civil Action No. 23-3338 (DLF) |
| United States Department of Labor,[1]   **)** | |
| **)** | |
| Defendant.   **)** | |
| **)** | |
| **)** | |
| **)** | |

## JOINT STATUS REPORT

The parties, through their undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's January 19, 2025 Minute Order.

The parties are currently working with the Circuit Mediation Program to obtain a neutral case evaluation, which will assist the parties in determining whether a settlement of this litigation is feasible. Further proceedings in connection with the neutral case evaluation are tentatively scheduled to occur in May 2025. In light of the parties' ongoing efforts, the parties ask the Court to maintain the stay of all deadlines in this matter, including discovery deadlines, for a period of sixty days, to May 29, 2025.

Should the parties determine, after receiving a neutral case evaluation, that this matter should proceed to settlement discussions, the parties will promptly apprise the Court. The parties

---

[1]    Pursuant to Federal Rule of Civil Procedure 25(d), Lori Chavez-DeRemer is automatically substituted as Defendant for her processor in office.

therefore propose that they file a Joint Status Report on or before May 29, 2025, proposing a

schedule for further proceedings in this matter.


Dated: March 27, 2025                                Respectfully submitted,

/s/ Michal Shinnar                                    EDWARD R. MARTIN, JR., D.C. Bar
Michal Shinnar (Bar No. MD0033)           #481866
Senior Counsel                                          United States Attorney
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770                      /s/ Tabitha Bartholomew
mshinnar@jgllaw.com                             TABITHA BARTHOLOMEW,
301.220.2200 (T)                                       D.C. Bar # 1044448
301.220.1214 (F)                                     Assistant United States Attorney
Counsel for Plaintiff                               601 D Street, N.W.
                                                             Washington, D.C. 20530
                                                             (202) 252-2529
                                                             Tabitha.Bartholomew@usdoj.gov

                                                             Attorneys for the United States of America

2