UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR L. HAMPTON, III, | |
| Plaintiff, | |
| v. | Civil Action No. 23-3338 (DLF) |
| LORI CHAVEZ-DEREMER, Secretary of the United States Department of Labor, | |
| Defendant. | |

## JOINT STATUS REPORT

The parties, through their undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's October 2, 2025 Minute Order.

The parties' mediation efforts have concluded, and the parties are ready to resume litigating this matter. Defendant reports that the parties shall meet and confer, through counsel, regarding a discovery plan within the next two weeks and therefore proposes that the parties file their Joint Local Rule 16.3 Report on or by December 12, 2025.

A proposed order is submitted herewith.


Dated: December 1, 2025

/s/ Michal Shinnar
Michal Shinnar (Bar No. MD0033)
Senior Counsel
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
mshinnar@jgllaw.com
301.220.2200 (T)
301.220.1214 (F)
Counsel for Plaintiff

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


 /s/ Tabitha Bartholomew
TABITHA BARTHOLOMEW,
  D.C. Bar # 1044448
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530

2

(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OSCAR L. HAMPTON, III,

        Plaintiff,

    v.

LORI CHAVEZ-DEREMER, Secretary of the
United States Department of Labor,

        Defendant.

Civil Action No. 23-3338 (DLF)

## **[PROPOSED] ORDER**

Upon consideration of the parties' December 1, 2025 Joint Status Report, it is hereby

ORDERED that the parties' Joint Local Rule 16.3 Report setting forth the parties'

proposed discovery plan shall be filed no later than December 12, 2025.

SO ORDERED.

Date: _____

                                    _____

                                    United States District Judge